Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16−33903−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carlos E. Alonzo
   102 Sandford Avenue
   #1
   North Plainfield, NJ 07060

Social Security No.:
   xxx−xx−2629

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/15/16 and a confirmation hearing on such Plan has been scheduled for 2/23/17 @ 9:00 a.m..

The debtor filed a Modified Plan on 5/9/17 and a confirmation hearing on the Modified Plan is scheduled for 6/8/17 @ 9:00 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 12, 2017
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-33903-JKS
Carlos E. Alonzo                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: May 12, 2017
                              Form ID: 186             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2017.
```
db              +Carlos E. Alonzo,    102 Sandford Avenue,    #1,    North Plainfield, NJ 07060-4320
516550880        ABC Financial Services Inc,    PO BOX 6800,    North Little Rock, AR 72124-6800
516550882      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:    Bank Of America,    Po Box 982238,    El Paso, TX 79998)
516550881       +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516550885       +Citibank / Sears,    Po Box 6283,    Sioux Falls, SD 57117-6283
516550884       +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516550886       +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
516550887       +Experian,    PO BOX 9701,    Allen, TX 75013-9701
516550888       +Fed Loan Servicing,    Po Box 69184,    Harrisburg, PA 17106-9184
516550889       +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
516550890       +Fed Loan Sevicing,    Po Box 69184,    Harrisburg, PA 17106-9184
516550891       +Fed Loan Sevicing,    Po Box 60610,    Harrisburg, PA 17106-0610
516550892       +First Response Ambulance Inc.,    455 Bayview Avenue,    Inwood, NY 11096-1701
516550894       +Lutheran Medical Center,    150 55th Street,    Brooklyn, NY 11220-2559
516550895        NYU Langone Hospital Center,    NYU Langone Physician Services,    PO BOX 415662,
                 Boston, MA 02241-5011
516583701       +NYU Langone Physician Services,    C-Tech Collections, Inc.,    5505 Nesconset HWY-Ste. 200,
                 Mt. Sinai, NY 11766-2026
516550898       +RWJ University Hospital,    c/o RWJBarnabas Health,    95 Old Short Hills Road,
                 West Orange, NJ 07052-1008
516550897       +Retro Fitness,    505 N Michigan Ave,    Kenilworth, NJ 07033-1076
516550899      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:    State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516550902      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:    Toyota Motor credit Corp,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054)
516582409       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516550903       +Trans Union,    PO BOX 2000,    Chester, PA 19022-2000
516725618        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
516550905       +Verizon,    Po Box 49,    Lakeland, FL 33802-0049
516550904       +Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 12 2017 22:13:06     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 12 2017 22:13:03     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516652205        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 12 2017 22:22:31
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
516550883       +E-mail/Text: bankruptcy@certifiedcollection.com May 12 2017 22:12:59
                 Certified Credit & Collection Bureau,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
516550893        E-mail/Text: cio.bncmail@irs.gov May 12 2017 22:12:53     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
516784680        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2017 22:22:32
                 Portfolio Recovery Associates, LLC,    c/o Sears Mastercard,    POB 41067,    Norfolk VA 23541
516550896       +E-mail/Text: Supportservices@receivablesperformance.com May 12 2017 22:13:31
                 Receivables Performance Management LLC,    20816 44th Ave W,    PO Box 1548,
                 Lynnwood, WA 98046-1548
516550900       +E-mail/Text: bkyelectnotices@tgslc.org May 12 2017 22:13:18     Texas Guaranteed Std Loan Corp,
                 Po Box 83100,    Round Rock, TX 78683-3100
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516550901*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:    Toyota Motor credit Corp,    Po Box 8026,    Cedar Rapids, IA 52408)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 12, 2017
                              Form ID: 186             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Scott E. Tanne    on behalf of Debtor Carlos E. Alonzo  info@tannelaw.com,  clerk@tannelaw.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 4
```