|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>SCOTT E. TANNE, ESQ., P.C.<br>4 Chatham Road<br>Summit, NJ 07901<br>(973) 701-1776<br>Fax: (973) 701-0111<br>Scott E. Tanne, Esq.<br>ST2477<br>Attorney for Debtor(s) | **Order Filed on August 22, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Carlos E. Alonzo | Case No.:   16-33903-JKS<br><br>Chapter:     13<br><br>Judge:       Sherwood |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

    The relief set forth on the following page is **ORDERED**.

**DATED: August 22, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Scott E. Tanne, Esq., P.C._____, the applicant, is allowed a fee of $ _____600.00_____ for services rendered and expenses in the amount of $_____51.45_____ for a total of $_____651.45_____ . The allowance is payable:

 ☒ through the Chapter 13 plan as an administrative priority.

 ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____250.00_____ per month for _remaining 40_ months to allow for payment of the above fee.

Increased plan payments to commence September 2017.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed pursuant to this order before a refund is issued to the debtor.

*rev.8/1/15*